IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OXFORD FINANCE, LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>SKYLINE MANOR, INC.,<br><br>             Defendant. | 8:13-CV-336<br><br>ORDER |

This matter is before the Court on plaintiff's motion to dismiss (filing 21).

IT IS ORDERED:

1. Plaintiff's motion to dismiss (filing 21) is granted.

2. This case is dismissed, without prejudice, each party to pay its own costs.

3. A separate judgment will be entered.

Dated this 21st day of November, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge